**Lupe Ybarra RIBERA, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 35813.**

Court of Criminal Appeals of Texas.

May 15, 1963.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The offense is the sale of whisky and beer in a dry area; the punishment, a fine of $750.00.

The appeal bond upon which the appellant is at large was approved and filed the same day notice of appeal was given, whereas Art. 830, Vernon's Ann.C.C.P. requires a recognizance on appeal. Hernandez v. State, Tex.Cr.App., 367 S.W.2d 675.

The appeal is dismissed.